**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEAST DIVISION**

**GLYNN BREWER, and wife,
GAIL BREWER,**

      **Plaintiffs,**

**v.**                                                            **No.: 2:08-cv-00019**

**LOWE'S HOME CENTERS, INC.,**

      **Defendant.**

**AGREED ORDER TO PRODUCE MEDICAL AND HOSPITAL RECORDS
AND EMPLOYMENT RECORDS**

In this cause, by agreement of counsel and for good cause to the Court Shown, it is hereby ORDERED that all hospitals, doctors, nurses, x-ray technicians, pharmacists, and any and all other medical personnel or health care facilities, allow the law firm of SPICER, FLYNN & RUDSTROM, PLLC or its representatives, or designates, to inspect and copy any and all Protected Health Information in accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as well as all other information and records, including itemized bills, and/or office records, including, without limitation, doctor and/or nurses' notes, x-ray reports, films, photographs, order sheets, medication sheets, laboratory reports, consultation reports, and discharge summaries covering examinations, findings and treatment rendered to the plaintiff, **GLYNN BREWER,** (This Order shall exclude any records or reports prepared by or on behalf of any psychiatrists, psychologists, or counselors, relating to diagnosis and treatment of any psychiatric condition and/or disorder.) The aforementioned records are being obtained for legal purposes. This Order shall expire upon entry of final order of this Court rendering judgment or dismissing this case. The plaintiff may petition the Court in writing at any time to revoke this Order authorizing the release of the plaintiff's Protected Health Information. The Protected Health Information may be re-disclosed

by the defendant and its attorney(s) only to the extent necessary for the further litigation of this matter pending before this Court, and will be destroyed after the conclusion of the litigation. Defendants' counsel will furnish to plaintiff's counsel copies of any medical records obtained within ten (10) days.

By signing below and agreeing to this Order, the indicated attorney for **GLYNN BREWER** has acknowledged that he/she is authorized by **GLYNN BREWER** to agree to the release of the Protected Health Information of **GLYNN BREWER.**

IT IS FURTHER ORDERED that any past or present employer or educator of plaintiff will furnish copies of any and all employment or educational records or any and all information pertaining to the employment or education of the plaintiff to the law firm of SPICER, FLYNN & RUDSTROM, PLLC. Defendant's counsel will also furnish copies of these records as well to plaintiff's counsel within ten (10) days of receipt.

ENTER this _____ day of _____, 2008.

                                                            s/ H. Bruce Guyton
                                                          United States Magistrate Judge

APPROVED FOR ENTRY:

s/ Gary E. Brewer
Gary E. Brewer, Esq., BPR #000942
Attorney for Plaintiffs
Brewer & Terry, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816
423-587-2730

s/ Clint J. Woodfin
Clint J. Woodfin, BPR #016346
Attorney for Defendant
Spicer, Flynn & Rudstrom, PLLC
First Tennessee Tower, Suite 1400
800 South Gay Street
Knoxville, TN 37929

865-673-8516